ACCEPTED
04-15-00519-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/9/2015 2:08:14 PM
KEITH HOTTLE
CLERK

# No. 04-15-00519-CV

IN THE COURT OF APPEALS OF TEXAS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

11/9/2015 2:08:14 PM

KEITH E. HOTTLE
Clerk

## EL CABALLERO RANCH, INC. and LAREDO MARINE, L.L.C.,

*Appellants*,

vs.

## COUNTY OF LA SALLE,

*Appellee.*

# MOTION TO DISMISS INTERLOCUTORY APPEAL

To the Honorable Justices:

Appellants El Caballero Ranch, Inc. and Laredo Marine, L.L.C. respectfully request the Court dismiss this interlocutory appeal.

Respectfully submitted,

KELLER STOLARCZYK, PLLC
234 West Bandera Road #120
Boerne, Texas 78006
Tele: 830.981.5000
Facs: 888.293.8580
/s/Kimberly S. Keller
Kimberly S. Keller
SBN: 24014182
kim@kellsto.com
*Counsel for Appellants*

1

## CERTIFICATE OF SERVICE

On November 9, 2015, I served a copy of this Motion on the following via e-service/email or first class mail:

Donato D. Ramos
Donato D Ramos, Jr.
LAW OFFICES OF DONATO D. RAMOS
Texas Community Bank Building
6721 McPherson
P.O. Box 452009
Laredo, Texas 78045
*Counsel for Appellee*

Steven C. Haley
MOORMAN, TATE, URQUHART, HALEY, UPCHURCH & YATES, L.L. P.
207 East Main Street
P. O. Box 1808
Brenham, Texas 77834-1808

John H. Patterson, Jr.
MONTEZ & PATTERSON
508 Thorton, Suite 4
Cotulla, Texas 78014
*Counsel for Non-Party to this appeal, Grace River Ranch*

/s/Kimberly S. Keller
Kimberly S. Keller

.